UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

KNIGHT SPECIALTY INSURANCE
COMPANY,                                         §
                                                 §
*Plaintiff,*                                     §
                                                 §
v.                                               §     Civil Action No. 7:23-cv-00211-DC-RCG
                                                 §
RAPID FREIGHT HAULER LLC., and                   §
ALEJANDRO LUGO, JR.,                             §
                                                 §
*Defendant.*                                     §

## [PROPOSED] FINAL JUDGMENT

Before the Court is Plaintiff's Motion for Default Judgment against Defendant's Rapid Freight Hauler LLC ("Rapid") and Alejandro Lugo, Jr. ("Lugo"). [Dkt. No. 15.] Plaintiff Knight Specialty Insurance Company ("Knight") duly served both Lugo and Rapid (collectively, "Defendants") with process in this matter. [Dkt. No. 8 and No. 10.] Following Defendants' failure to answer or otherwise appear, the Clerk entered notations of default against them. [Dkt. No. 12 and No. 14.] Based on the foregoing, the Court finds that Knight's motion for a final judgment by default (awarding it declaratory relief as set forth in the unanswered complaint and no monetary damages) should be granted in all respects. Therefore, the Court hereby ORDERS, ADJUDGES, DECLARES, and DECREES that:

a. Knight's motion for a default judgment against Defendants is granted in all respects;

b. Knight has no duty or obligation to defend Rapid in, as to, from, or regarding the lawsuit bearing cause number 22-03-1060, styled *Crystal Aleman, et al. v. Rapid Freight Hauler, LLC, et al.*, and pending in the 143rd Judicial District of Loving County, Texas;

c. Knight has no duty or obligation to defend Lugo in, as to, from, or regarding the lawsuit bearing cause number 22-03-1060, styled *Crystal Aleman, et al. v. Rapid Freight Hauler, LLC, et al.*, and pending in the 143rd Judicial District of Loving County, Texas;

**[PROPOSED] FINAL JUDGMENT**                                          **Page 1**

d.  Knight has no duty or obligation to indemnify Rapid in, as to, from, or regarding (including any judgment entered in) the lawsuit bearing cause number 22-03-1060, styled *Crystal Aleman, et al. v. Rapid Freight Hauler, LLC, et al.*, and pending in the 143rd Judicial District of Loving County, Texas;

e.  Knight has no duty or obligation to indemnify Lugo in, as to, from, or regarding (including any judgment entered in) the lawsuit bearing cause number 22-03-1060, styled *Crystal Aleman, et al. v. Rapid Freight Hauler, LLC, et al.*, bearing cause number 22-03-1060 and pending in the 143rd Judicial District of Loving County, Texas;

f.  Knight is not obligate to pay any sum to anyone in, as to, as a result of, or regarding the lawsuit bearing cause number 22-03-1060, styled *Crystal Aleman, et al. v. Rapid Freight Hauler, LLC, et al.*, and pending in the 143rd Judicial District of Loving County, Texas under policy number KSCW1940508-00 issued to Rapid, effective from August 23, 2021, to August 23, 2022;

g.  Knight is not obligate to defend, indemnify, or pay any sum to anyone as a result of or regarding motor vehicle made the basis of the lawsuit bearing cause number 22-03-1060, styled *Crystal Aleman, et al. v. Rapid Freight Hauler, LLC, et al.*, and pending in the 143rd Judicial District of Loving County, Texas under policy number KSCW1940508-00 issued to Rapid effective from August 23, 2021, to August 23, 2022; and

h.  This judgment disposes of all issues between the parties and it is final and appealable.

SIGNED this _____ day of _____, 2024.

_____
JUDGE PRESIDING