IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **KNIGHT SPECIALTY INSURANCE COMPANY,** *Plaintiff*, <br><br> v. <br><br> **RAPID FREIGHT HAULER LLC, ALEJANDRO LUGO JR.,** *Defendants.* | § § § § § § § § § § § MO:23-CV-00211-DC |

# FINAL JUDGMENT

In accordance with the Court's Order (Doc. 20), Plaintiff's Motion for Default Judgment is granted. Because nothing remains in the case to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Plaintiff's Motion for Default Judgment be **GRANTED**.

It is also **ORDERED** that:

(1) Knight Specialty Insurance Company has no duty or obligation to defend Rapid Freight Hauler LLC in, as to, from, or regarding the lawsuit bearing cause number 22-03-1060, styled *Crystal Aleman, et al. v. Rapid Freight Hauler, LLC, et al.*, and pending in the 143rd Judicial District of Loving County, Texas;

(2) Knight has no duty or obligation to defend Alejandro Lugo Jr. in, as to, from, or regarding the lawsuit bearing cause number 22-03-1060, styled *Crystal Aleman, et al. v. Rapid Freight Hauler, LLC, et al.*, and pending in the 143rd Judicial District of Loving County, Texas;

(3) Knight has no duty or obligation to indemnify Rapid Freight Hauler LLC in, as to, from, or regarding (including any judgment entered in) the lawsuit bearing cause number 22-03-1060, styled *Crystal Aleman, et al. v. Rapid Freight Hauler, LLC, et al.*, and pending in the 143rd Judicial District of Loving County, Texas;

(4) Knight has no duty or obligation to indemnify Alejandro Lugo Jr. in, as to, from, or regarding (including any judgment entered in) the lawsuit bearing cause number 22-03-1060, styled *Crystal Aleman, et al. v. Rapid Freight Hauler, LLC, et al.*, bearing cause number 22-03- 1060 and pending in the 143rd Judicial District of Loving County, Texas;

(5) Knight is not obligated to pay any sum to anyone in, as to, as a result of, or regarding the lawsuit bearing cause number 22-03-1060, styled *Crystal Aleman, et al. v. Rapid Freight Hauler, LLC, et al.*, and pending in the 143rd Judicial District of Loving County, Texas under policy number KSCW1940508-00 issued to Rapid, effective from August 23, 2021, to August 23, 2022; and

(6) Knight is not obligate to defend, indemnify, or pay any sum to anyone as a result of or regarding motor vehicle made the basis of the lawsuit bearing cause number 22-03-1060, 11 styled *Crystal Aleman, et al. v. Rapid Freight Hauler, LLC, et al.*, and pending in the 143rd Judicial District of Loving County, Texas under policy number KSCW1940508-00 issued to Rapid effective from August 23, 2021, to August 23, 2022.

It is also **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

**SIGNED this 30th day of May, 2024.**

_(signature)_
**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**